# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | 1:08-cv-01169-OWW-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM AND FOR IMPROPER VENUE AS TO MEDICAL ISSUES |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Young Yil Jo ("Plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Greenville, Illinois. To date, Plaintiff has filed more than one-hundred civil cases in this district. Plaintiff is an abusive litigant who persists in filing baseless actions in this district.[1] As with the multitude of previous actions filed by Plaintiff, the complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law. Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1965 (2007). In light of the fact that Plaintiff wrote on the last page of his complaint that his knee was injured when two inmates, fighting each other, fell on plaintiff's left leg, which might conceivably form the basis of some legal claim, although not necessarily in federal court and not in present form, the Court will dismiss this action without prejudice in an abundance of caution. Venue for any claim arising out of Plaintiff's present medical needs is not proper in the Eastern District of California. Any such suit must be filed in the state or federal court which has jurisdiction over claims arising from events at FCI-Greenville.

///

---

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1

1     Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, without prejudice, for
2 failure to state a claim and for improper venue as to medical issues.
3 IT IS SO ORDERED.
4 **Dated:   August 19, 2008**          **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE